| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Orr<br>Special Agent: Anthony Kraudelt | Telephone: (989) 895-5712<br>Telephone: (989) 895-5712 | |

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

United States of America  
   v.  
**BRENDEN DANIEL MULLIGAN**

Case No. 25-30450

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2025__ in the county of __Bay__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | bank robbery |

This criminal complaint is based on these facts:  
See attached affidavit.

☑ Continued on the attached sheet.

_____  
*Complainant's signature*  
Anthony Kraudelt, Special Agent, FBI  
*Printed name and title*

Sworn to before me and signed in my presence  
and/or by reliable electronic means.

Date: __July 15, 2025__

_____  
*Judge's signature*

City and state: Bay City, Michigan  
Hon. Patricia T. Morris, United States Magistrate Judge  
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FOR BRENDEN DANIEL MULLIGAN

I, Anthony Len Kraudelt Jr., being duly sworn, depose and state:

1. I am a special agent with the FBI and have been employed as a special agent for approximately nineteen years and seven months. I have been employed as a Special Agent of the FBI since January 2006 and am currently assigned to the FBI's Detroit Division, Bay City Resident Agency. While employed by the FBI, I have investigated numerous federal criminal violations. I have gained experience through training and everyday work relating to conducting investigations involving threats of violence, cyber-criminal activities, and domestic terrorism. I have a Master's Degree in Information Security, Graduate Certificates in Terrorism and Cyber Defense, and numerous technology industry certifications. I have received extensive training in information technology and computer forensics. Moreover, I am a federal law enforcement officer engaged in enforcing federal criminal laws. Lastly, I am authorized by law to request a search warrant.

2. During my career I have been involved in numerous investigations concerning many different crimes. This includes the investigation over numerous bank robberies in both Michigan and Nevada. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

3. The information included in this affidavit is provided for the limited purpose of establishing probable cause that BRENDEN DANIEL MULLIGAN committed the offense of bank robbery on July 14, 2025, in violation of 18 U.S.C. § 2113 - bank robbery and incidental crimes, therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

4. On July 14, 2025, at approximately 2:20 p.m., a subject robbed the Independent Bank, a federally insured financial institution, located at 745 N Euclid St, Bay City, MI, at gun point. The subject was a white male, slight build, approximately 5' 8" to 5' 10" wearing a grey Columbia jacket, grey and black Columbia hat, green camo gator around his lower face, sunglasses over his eyes, dark blue or black jean pants, and white and black Nike shoes. The subject carried a black pistol in his right hand and a black Oakley backpack in his left hand, which he used to hold the stolen funds. The subject pointed the gun at the tellers and several customers in the bank. The subject successfully stole $6,631.

5. The following images were obtained from surveillance footage taken at the victim Independent Bank.



Surveillance Image 1



Surveillance Image 2



Surveillance Image 3

6. Surveillance footage and witnesses observed the unidentified suspect running northbound across North Union Road between Little Caeser Pizza and Long John Silvers. A search for the suspect did not locate his whereabouts.

7. On July 15, 2025, Federal Bureau of Investigation (FBI) staff were conducting a follow-up canvas of the area near the robbery and identified a dumpster located at the Euclid Motel, located at 809 N. Euclid Ave., Bay City, MI. The motel and dumpster were located less than 800 feet from the victim Independent Bank. Contained within the dumpster and covered with other trash was a backpack matching the one identified in *Surveillance Image 3*.



Image showing distance from Independent Bank to the location of the dumpster at the Euclid Motel.

8. Contained within the backpack were items previously identified from bank robbery surveillance footage to include a camo mask, gloves, a pistol, glasses, and a hat matching the one worn by the unidentified suspect during the robbery.



Dumpster Image 1



Dumpster Image 2



Backpack Contents 1



Backpack Contents 2

7

9. On July 15, 2025, an interview of Euclid Motel staff identified that BRENDEN DANIEL MULLIGAN had checked into the motel on July 14, 2025, but then checked himself out at approximately 4:00 a.m. on July 15, 2025.



Image of MULLIGAN checking out of the Euclid Motel.

10. Video Surveillance from the Euclid Motel showed a man matching MULLIGAN's description walking thought the parking lot of the motel to the aforementioned dumpster with a bag in his right hand. MULLIGAN can be seen placing what he was holding into the dumpster and covering it before walking back to toward the motel.

8



MULLIGAN walking from the motel to the dumpster.

11. A Michigan driver's license images of MULLIGAN matched the height, and description of the bank robber.



State of Michigan Identification Image of BRENDEN DANIEL MULLIGAN.

12. Based on the above-described information, there is probable cause to believe that on July 14, 2025, in violation of 18 U.S.C. § 2113 - bank robbery and incidental crimes, therefore it does not contain all of the facts known to me.

_____
Anthony Len Kraudelt, Jr.
FBI

Subscribed and sworn to before me
this 15th day of July 2025.

_____
HON. PATRICIA MORRIS
United States Magistrate Judge